FILED
SUPERIOR COURT
OF GUAM

2013 FEB 15 PM 4:00

CLERK OF COURT
BY:_____

IN THE SUPERIOR COURT OF GUAM

IN THE MATTER OF THE ESTATE

OF

GLORIA S. VILLANUEVA,

        Deceased.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

PROBATE CASE NO. PR0143-09

**DECISION AND ORDER**
**(Motion for Second Petition for Return of Sale, Confirmation of Sale and Reimbursement of Probate Expenses**

## INTRODUCTION

This matter came before the Honorable Anita A. Sukola on November 20, 2012, relative to a Second Petition for Return of Sale, Confirmation of Sale and Reimbursement of Probate Expenses in the above captioned case. Attorney Helkei S. Hemminger represents Lea M. Siruelo, Administratrix of the Estate of Gloria S. Villanueva. Attorney Vanessa Ji represents Joe S. Besegar ("Defendant in CV 851-11"). The Court took the matter under advisement. Upon review of the evidence, Petition, and legal authorities presented, the Court hereby issues this Decision and Order.

## BACKGROUND

The instant case originated on October 12, 2009, after a Petition for Letters of Administration was filed in the probate matter.[1] On October 19, 2009, Administratrix filed an

---

[1] The Court notes that a Petition to Vacate Appointment of Administratrix was filed on October 18, 2010. On May 31, 2011, the Court executed an Order to Vacate Petition and ordering the parties to continue probating the Estate in

IN THE MATTER OF THE ESTATE OF GLORIA S. VILLANUEVA (PR0143-09)
SECOND PETITION FOR RETURN OF SALE, CONFIRMATION OF SALE AND REIMBURSEMENT OF PROBATE EXPENSES

Amended Petition for Letters of Administration. Lea M. Siruelo was appointed Administrator on February 3, 2010. Thereafter, a Notice to Creditors was given by the Administrator on March 19, 2010. An Inventory and Appraisement was filed on April 11, 2011. On May 19, 2011, Administrator filed a First Amended Inventory and Appraisement. On May 31, 2011, the Court executed an Order Authorizing the Sale of a Portion of Estate Property. A Petition for Return of Sale, Confirmation of Sale and Reimbursement of Probate Expenses was subsequently filed on February 6, 2012 by the Administratrix.

On May 24, 2012, Joe S. Besegar filed a Verified Petition to Determine Entitlement to Distribution of Property of the Estate of Gloria S. Villanueva pursuant to 15 GCA § 3201. The Court already ruled on that matter in favor of Mr. Besegar. Likewise, in the companion Civil Case, the Court has already ruled and denied a motion to vacate the default judgment, but still allows an evidentiary hearing as to the damages.

Administratrix now moves the Court in accordance with her duties as Administrator of the Estate to sale the following real property ("Property") owned by the Estate:

> Lot Number 181, Block Number 2, Unit Number 5, Tract Number 100, Municipality of Dededo, (Formerly Lot 10063), TERRITORY OF GUAM, ESTATE NUMBER 18832, SUBURBAN, as said Lot is marked and designated on DRAWING NUMBER T-M 70-70A, as L.M. Check Number 137 FY 71, as described in that Subdivision Map, dated November 12, 1970 and recorded May 21, 1971, at the Records Division, Department of Land Management, Government of Guam, under Document Number 102201.
>
> Registered Land, with the LAST REGISTERED OWNER Being Gloria S. Villanueva, the OWNER OF RECORD being Gloria S. Villanueva and the Certificate of Title Registration Number being 89043.
>
> Area: 5,396 +/- Square Feet.

accordance with the Last Will and Testament of Gloria Villanueva, filed on October 12, 2009 and admitted to probate.

## ORDER

The Court having examined the Petition, and court papers on file, and being fully advised, Orders and approves the contract sale and confirms the sale of the Property in the best interest of the Estate of Gloria S. Villanueva. This Order also authorizes Petitioner Lea M. Siruelo, Administrator of the Estate of Gloria S. Villanueva, to execute an Administrator's Deed conveying the property. Further, that reimbursement to Petitioner in an amount to be established at the designated hearing toward out-of-pocket expenses and a five percent (5%) real estate commission to Ms. Beverly Alerta Brady of Today's Realty be allowed to be paid out of the sale proceeds aforementioned, as well as all Estate taxes and general expenses of the Estate, with the remaining balance to be deposited in a trust account for the benefit of the heirs and beneficiaries of the Estate.

## CONCLUSION

By a preponderance of the evidence and based on the foregoing reasons, the Court GRANTS Petitioner's Motion for Second Petition for Return of Sale, Confirmation of Sale and Reimbursement of Probate Expenses.

Further Proceedings is set for March 19, 2013 at 9 a.m. for this case and CV851-11.

SO ORDERED this _15_ day of _____ Feb ., 2013.

_____
HONORABLE ANITA A. SUKOLA
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

FEB 15 2013

Jerry T. Guerrero
Deputy Clerk, Superior Court of Guam

IN THE MATTER OF THE ESTATE OF GLORIA S. VILLANUEVA (PR0143-09)
SECOND PETITION FOR RETURN OF SALE, CONFIRMATION OF SALE AND REIMBURSEMENT OF PROBATE EXPENSES